In the Matter of CLEMENT ACTON GRISCOM, JUNIOR, Respondent, a Witness Summoned to Attend before RUDOLF DULON, a Commissioner Appointed by the ROYAL PRUSSIAN SEEAMT; THE GERMAN GOVERNMENT, Appellant.

*Matter of Griscom,* 28 App. Div. 72, appeal dismissed.
(Argued November 21, 1898; decided December 13, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1898, dismissing an appeal from an order of Special Term vacating a subpœna requiring the respondent to appear before a commissioner and testify.

*Rudolf Dulon* for appellant.

*Charles M. Hough* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except GRAY, J., absent.